IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY LEE SMITH                                                                      PETITIONER

v.                                     No. 5:15-cv-234-DPM-PSH

WENDY KELLEY                                                                    RESPONDENT

### ORDER

I recuse. I was serving on the Arkansas Court of Appeals when Mr. Smith's direct appeal was pending in that Court. The Clerk will reassign this case at random.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2015