IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROY LEE SMITH**                                                                     **PETITIONER**
**ADC #091858**

**v.**                 **CASE NO. 5:15-CV-00234 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                  **RESPONDENT**

## ORDER

Consistent with the order entered on this day, judgment is entered for the respondent, and the case is dismissed with prejudice.

DATED this 25th day of March 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE